UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

| | | |
|---|---|---|
| In the Matter of the | * | |
| Tax Indebtedness of | * | |
| STEPHEN J. HILLSTEAD | * | Misc. No. 11-94-PAM-TNL |

**ORDER**

This matter is before the Court on the United States' Motion for Entry of Default Judgment against Stephen J. Hillstead (Doc. 24). On consideration of the United States' Motion, having heard no opposition thereto, and on the record of this case, IT IS HEREBY ORDERED:

1. The United States' Motion for Entry of Default Judgment (Docket No. 24) is GRANTED.

2. Default Judgment is entered against Stephen J. Hillstead.

3. Pursuant to 26 U.S.C. § 6334 and 26 C.F.R. § 301.6334-1(d), the United States' Petition for Judicial Approval of Levy Upon Principal Residence (Docket No. 1) is GRANTED.

4. The Internal Revenue Service is approved to levy upon STEPHEN J. HILLSTEAD'S interest in the property located at 651 Portland Mews, Burnsville, Minnesota 55337 and legally described as:

        Lot 40, Block 1, Wood Park Plat 7, according to the recorded plat thereof, and situate in Dakota County, Minnesota

to satisfy part or all of Mr. Hillstead's unpaid tax liability for tax years 1998, 1999, 2000, 2001, 2002, 2003, 2007, and 2008.

5.    The levy may be executed by any authorized officer of the Internal Revenue Service.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 8, 2012

                                                              *s/ Paul A. Magnuson*
                                                              Judge Paul A. Magnuson
                                                              United States District Court Judge